BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)
SARAH BOOT (253658)
701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com
sboot@bholaw.com

ODENBREIT LAW, APC
KATHERINE J. ODENBREIT (184619)
16835 Algonquin Street, Suite 221
Huntington Beach, CA 92649
Tel: 888/490-3510
kodenbreit@kjolaw.com

Attorneys for Plaintiff

Rosen ✧ Saba, LLP
Ryan D. Saba (192370)
Momo E. Takahashi (238965)
9350 Wilshire Boulevard, Suite 250
Beverly Hills, CA 90212
Tel: 310/285-1727
310/285-1728 (fax)
rsaba@rosensaba.com
mtakahashi@rosensaba.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELIA WILSON, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR CORPORATION,<br><br>Defendant. | Case No: 1:14-cv-00894-WBS-SAB<br><br>CLASS ACTION<br><br>**ORDER ON STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER** |

1  WHEREAS, on December 4, 2014, the Court vacated the Status (Pretrial Scheduling) Conference and entered a Scheduling Order that differed from the proposed scheduling order submitted by the parties. Docket #26.

WHEREAS, the Pretrial Scheduling Order provides that requests to modify the dates or terms of the Scheduling Order (except for a request to change the trial date), shall be submitted to and decided by the Magistrate Judge. *Id*. at 5.

WHEREAS, the Scheduling Order currently provides that expert disclosures and reports required by Federal Rule of Civil Procedure 26(a)(2) shall be made on or before July 1, 2015, and rebuttal disclosures and reports produced on or before, August 5, 2015. *Id*. at 2.

WHEREAS, the motion for class certification is to be filed on or before January 5, 2016, and discovery completed by July 1, 2016. *Id*. at 2-3.

WHEREAS, the parties agree that it will be more efficient if Rule 26(a)(2) expert disclosures and reports are made after the scope of the class is defined by the Court's ruling on class certification and near to the completion of discovery, including merits discovery.

WHEREAS, the parties agree that the nature and scope of the Court's order on class certification will materially affect the types of experts retained, as well as the scope of each expert's opinions, and post-certification expert retention could potentially result in a reduction in costs if Rule 26(a)(2) expert disclosures and reports are due following plaintiff's certification motion.

THEREFORE, the parties hereby stipulate and respectfully request that the Scheduling Order (ECF No. 26) be modified as follows:

| Action | Original Deadline | Proposed Amended Deadline |
|---|---|---|
| Disclosure of Experts and Production of Expert Reports | July 1, 2015 | May 20, 2016 |
| Rebuttal Expert Reports | August 5, 2015 | June 17, 2016 |

/ / /

/ / /

1

1    This stipulation does not preclude or prejudice a party from seeking additional
2 modifications to the Scheduling Order if deemed appropriate at a later time.

3 Dated: May 5, 2015                              BLOOD HURST & O'REARDON, LLP
                                                  TIMOTHY G. BLOOD (149343)
4                                                 LESLIE E. HURST (178432)
                                                  THOMAS J. O'REARDON II (247952)
5                                                 SARAH BOOT (253658)

6                                                 By:         s/ Leslie E. Hurst
                                                           LESLIE E. HURST
7
                                                  701 B Street, Suite 1700
8                                                 San Diego, CA  92101
                                                  Tel: 619/338-1100
9                                                 619/338-1101 (fax)
                                                  tblood@bholaw.com
10                                                lhurst@bholaw.com
                                                  toreardon@bholaw.com
11                                                sboot@bholaw.com

12                                                ODENBREIT LAW, APC
                                                  KATHERINE J. ODENBREIT (184619)
13                                                16835 Algonquin Street, Suite 221
                                                  Huntington Beach, CA  92649
14                                                Tel: 888/490-3510
                                                  kodenbreit@kjolaw.com
15
                                                  *Attorneys for Plaintiff*
16

17
     Dated: May 5, 2015                           ROSEN ✧ SABA, LLP
18                                                RYAN D. SABA (192370)
                                                  MOMO E. TAKAHASHI (238965)
19
                                                  By:         s/ Ryan D. Saba
20                                                          RYAN D. SABA

21
                                                  9350 Wilshire Boulevard, Suite 250
22                                                Beverly Hills, CA  90212
                                                  Tel: 310/285-1727
23                                                310/285-1728 (fax)
                                                  rsaba@rosensaba.com
24                                                mtakahashi@rosensaba.com

25                                                *Attorneys for Defendant*

26

27

28

1 **ECF CERTIFICATION**

2  The filing attorney attests that she has obtained concurrence regarding the filing of this
3  document from the signatories to this document.

4  Dated: May 5, 2015                             BLOOD HURST & O'REARDON, LLP
5

6                                                          By:            *s/ Leslie E. Hurst*
                                                                          LESLIE E. HURST
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the Scheduling Order issued December 4, 2014, is AMENDED as follows:

1. The parties shall disclose any experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before May 20, 2016.

2. Rebuttal experts disclosure and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be completed on or before June 17, 2016.

3. The December 4, 2014 Scheduling Order shall remain in effect in all other respects.

IT IS SO ORDERED.

Dated:   **May 6, 2015**

UNITED STATES MAGISTRATE JUDGE

4