# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA WILSON, on Behalf of Herself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CONAIR CORPORATION,<br><br>    Defendant. | Case No: 1:14-cv-00894-WBS-SAB<br><br><u>CLASS ACTION</u><br><br>**ORDER PERMITTNG FILING UNDER SEAL**<br><br>Date:              August 12, 2015<br>Time:              10:00 a.m.<br>Magistrate Judge: Stanley A. Boone<br>Fresno Ctrm,:     9, 6th Floor<br><br>Complaint Filed: June 11, 2014 |

IT IS HEREBY ORDERED that Exhibit No. 5 cited in the Joint Statement re: Plaintiff's Motion to Compel Further Responses and Motion to Compel Compliance is to be filed under seal in this action.

IT IS SO ORDERED.

Dated:   **August 6, 2015**

_____
UNITED STATES MAGISTRATE JUDGE