# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA WILSON,<br><br>        Plaintiff,<br><br>     v.<br><br>CONAIR CORPORATION,<br><br>        Defendant. | Case No. 1:14 -cv-00894-WBS-SAB<br><br>ORDER VACATING AUGUST 12, 2015 HEARING and REQUIRING PLAINTIFF TO RESPOND TO DEFENDANT'S OPPOSITION FILED AUGUST 10, 2015 REGARDING THE JOINT STATEMENT ALLEGATION |

On July 22, 2015, Plaintiff filed a motion to compel. (ECF No. 51.) A purported Joint Statement was filed on August 5, 2015 and Defendant filed an opposition on August 10, 2015. (ECF Nos. 52, 55.)

The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). The previously scheduled hearing set on August 12, 2015, at 10:00 a.m. is vacated and the parties will not be required to appear at that time.

IT IS FURTHER ORDERED that Plaintiff shall file a response by noon, Friday, August 14, 2015 to Defendant's Opposition but only to the allegation that the Joint Statements filed August 5, 2015 was not a joint statement. If after receipt of Plaintiff's response, the Court requires a hearing it will set a hearing whereby both parties can personally attend. Defendant need not file a reply. After the filing of Plaintiff's response, the matter will be deemed submitted.

IT IS SO ORDERED.

Dated:   **August 11, 2015**

_____
UNITED STATES MAGISTRATE JUDGE