# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA WILSON, et al., | Case No. 1:14-cv-00894-WBS-SAB |
| Plaintiffs, | ORDER AFTER INFORMAL TELEPHONIC DISCOVERY DISPUTE CONFERENCE |
| v. | |
| CONAIR CORPORATION, | |
| Defendant. | |

On October 8, 2015, the Court held an informal telephonic discovery dispute conference. The parties dispute the scope of certain discovery requests from Plaintiffs regarding the design specifications, manufacturing specifications, and advertising relating to 45 models of products produced by Defendant.

The Court has determined that a more succinct description of the materials sought by Plaintiffs is necessary to facilitate a proper analysis of the parties' dispute. Accordingly, the Court will order Plaintiffs to provide Defendant with a succinct description of the specific materials sought through discovery. The Court will give the parties additional time to meet and confer amongst themselves. If the parties cannot resolve any outstanding disputes on their own, they may request another informal discovery dispute conference with the Court or may order counsel to physically attend a discovery dispute conference in Fresno.

///

1

/ / /

Accordingly, it is HEREBY ORDERED that:

1. On or before October 15, 2015, Plaintiffs shall provide Defendant with a succinct description of the materials sought through discovery;

2. On or before October 22, 2015, Defendant shall provide Plaintiffs with their responses to Plaintiffs' requests; and

3. To the extent there are any disputes between Plaintiffs and Defendant regarding Plaintiffs' requests, the parties shall meet and confer amongst themselves in good faith in an effort to resolve any disputes. If the parties cannot resolve the disputes on their own, any request for a further informal discovery dispute conference shall be made on or before October 29, 2015.

IT IS SO ORDERED.

Dated: **October 8, 2015**

UNITED STATES MAGISTRATE JUDGE