# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA WILSON, on behalf of herself and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CONAIR CORPORATION,<br><br>　　　　Defendant. | Case No.  1:14-cv-00894-WBS-SAB<br><br>ORDER SETTING HEARING ON PLAINTIFFS' MOTION TO COMPEL |

On October 21, 2015, Plaintiff filed in the United States District Court for the District of Connecticut a motion to compel a nonparty SureSource LLC ("SureSource") to comply with a subpoena duces tecum.  On November 10, 2015, SureSource filed its opposition to Plaintiff's motion to compel and requested that the motion be transferred to the Eastern District of California.  On November 13, 2015, the United States District Court for the District of Connecticut transferred Plaintiff's motion to compel a nonparty SureSource LLC ("SureSource") to comply with a subpoena duces tecum.  On November 17, 2015, Plaintiff filed a reply in this Court. (ECF No. 79).

As there presently is no hearing set in this Court on the motion to compel SureSource to comply with a subpoena duces tecum, the Court sets a hearing for December 9, 2015, at 10:00 a.m. in Courtroom 9.  Although the matter is briefed, the parties must comply with Local Rule

1

251. Local Rule 251 requires the parties to confer and attempt to resolve their differences and file a Joint Statement re Discovery Disagreement, unless there is an exception that applies.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court shall conduct a hearing on Plaintiffs' motion to compel on December 9, 2015, at 10:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone; and

2. The parties shall comply with Local Rule 251.

IT IS SO ORDERED.

Dated:   **November 19, 2015**

UNITED STATES MAGISTRATE JUDGE

2