1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELIA WILSON, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR CORPORATION,<br><br>Defendant. | Case No: 1:14-cv-00894-WBS-SAB<br><br>CLASS ACTION<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO SEAL CERTAIN EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION TO EXTEND TIME TO FILE MOTION FOR CLASS CERTIFICATION<br><br>(ECF No. 89) |

On December 8, 2015, Plaintiff filed an ex parte application to modify the scheduling order in this action.  On December 9, 2015, Plaintiff filed a request to seal documents that were inadvertently publically filed with the ex parte application.

The protective order entered in this action requires a party who files protected material without the written permission of the opposing party to comply with Local Rule 141.  (ECF No. 28 at ¶ 11.3.)  Rule 141 provides "Documents may be sealed only by written order of the Court, upon the showing required by applicable law.'  In order to seal documents attached to a nondispositive motion, the party is required to show good cause to seal the documents.  Pintos v. Pacific Creditors Ass'n, 605 F.3d 665, 677-78 (9th Cir. 2009).

Here, Plaintiff states that she does not believe there is any confidential information included in the documents, but is making the request because Defendant designated the

documents as confidential.  As Plaintiff was informed in the April 23, 2015 order denying a previous request to seal documents, "[t]he Court does not seal case documents or exhibits from public view without good cause.  The fact that the parties designate the documents confidential under the protective order is insufficient by itself show that good cause exists to file documents under seal."  (ECF No. 43 at 2:10-14.)  Plaintiff has not demonstrated that good cause exists to seal the documents attached to the application.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request to seal documents is DENIED.

IT IS SO ORDERED.

Dated:   **December 9, 2015**

UNITED STATES MAGISTRATE JUDGE