# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA WILSON, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAIR CORPORATION,<br><br>Defendant. | Case No. 1:14-cv-00894-WBS-SAB<br><br>ORDER DISREGARDING DOCUMENTS FILED DECEMBER 15, 2015 AND CLARIFYING PURPOSE OF DECEMBER 22, 2015 APPEARANCE<br><br>(ECF Nos. 92-95) |

On November 25, 2015, the Court vacated the hearing on several motions to compel filed by the parties and ordered the parties to appear on December 22, 2015 to meet and confer to resolve their discovery disputes. On December 15, 2015, the parties filed a joint statement and motion to compel and appear to be under the impression that their motions to compel are set for hearing on December 22, 2015.

On November 25, 2015, the hearing on the motions to compel were vacated, not continued. The order stated that in the prior order addressing a discovery disputed the parties were informed:

> If the parties are unable to resolve the remaining issues, a motion to compel can be filed after the date by which the discovery responses are due. In the event that a motion to compel becomes necessary, the parties shall contact the courtroom deputy to determine a date by which the Court and parties are available. The parties shall set the motion to compel for hearing on that date and will be required to appear at 8:00 a.m. and should plan to spend the day meeting and conferring until they are able to resolve the dispute. **During the course of the meet and confer, the Court will periodically check in on the parties' progress in resolving the outstanding issues (Emphasis added.)**

(ECF No. 84 at 1.)

1

As directed in the prior order, the parties are required to appear at 9:00 a.m. on December 22, 2015 and shall plan to meet and confer until they are able to resolve their discovery disputes. There is no motion to compel hearing set for this date, and the Court will not hear oral argument. **The purpose of this appearance is solely for the parties to meet and confer as long as is required for them to resolve all outstanding discovery disputes**. Accordingly, the documents filed by the parties on December 15, 2015 are HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated: **December 16, 2015**

UNITED STATES MAGISTRATE JUDGE

2