# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA WILSON, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAIR CORPORATION,<br><br>Defendant. | Case No. 1:14-cv-00894-WBS-SAB<br><br>ORDER SHORTENING TIME TO HEAR MOTION<br><br>(ECF No. 98) |

On June 11, 2014, Plaintiff Delia Wilson filed this action on behalf of herself and others similarly situated. Pursuant to the scheduling order, issued December 4, 2014, motions to certify or decertify the class are due on or before January 5, 2016. (ECF No. 26.) On December 16, 2015, Plaintiff filed a motion for an extension of time to file a motion for class certification and a stipulation to shorten time to hear the motion. (ECF Nos. 97, 98.)

Based on the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The parties' stipulation to shorten time to hear the motion to amend the scheduling order is GRANTED;

2. Plaintiff's motion to amend the scheduling order shall be heard on December 30, 2015, at 10:00 a.m. in Courtroom 9;

3. Defendant's opposition to the motion shall be filed on or before December 23,

2015; and

4. Plaintiff's reply, if any, shall be filed on or before December 28, 2015.

IT IS SO ORDERED.

Dated: **December 17, 2015**

UNITED STATES MAGISTRATE JUDGE