UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DELIA WILSON, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CONAIR CORPORATION,<br><br>    Defendant. | CIV. NO. 1:14-00894 WBS SAB<br><br>MEMORANDUM AND ORDER RE: DEFENDANT'S MOTION TO SEAL |

----oo0oo----

Presently before the court is defendant's request to seal portions of its opposition to plaintiff's motion for class certification. (Docket No. 129.) First, defendant requests to seal pages 12:15-14:12 and Exhibit 5 of its opposition--both of which summarize defendant's yearly sales of forty-five models of styling irons and the number of consumer complaints received per model. For all the reasons previously explained in this court's

1

February 5, 2016 Order, (Docket No. 120), the court denies defendant's motion to seal pages 12:15-14:12 and Exhibit 5.

Defendant next requests to seal Exhibits 9 and 10 to its opposition--both of which contain abstracts of consumer claims in instances where a product was returned due to a line cord rupture.  The claims describe the problems reported, whether or not the product was sent to the Director of Engineering Investigations for testing, and whether defendant sent a good will replacement product to the consumer.  The claims also contain the first and last names of the consumer who submitted the claim.  Defendant again provides little explanation for its request to seal.  If, however, defendant is concerned about releasing the names of consumers, the court will permit defendant to redact the names of consumers from the claim abstracts and resubmit its motion to seal.

IT IS THEREFORE ORDERED that defendant's request to seal page 12:15-14:12 and Exhibit 5 of its opposition to plaintiff's motion for class certification be, and the same hereby is, DENIED with prejudice.  IT IS FURTHER ORDERED that defendant's request to seal Exhibits 9 and 10 to its opposition be, and the same hereby is, DENIED without prejudice.

Dated:  April 6, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE