UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DELIA WILSON, on behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>CONAIR CORPORATION,<br><br>      Defendant. | CIV. NO. 1:14-00894 WBS SAB<br><br>ORDER |

----oo0oo----

Upon plaintiff's application to continue the class certification hearing to May 31, 2016 and extend the deadline for filing a reply brief in support of her motion for class certification, (Docket No. 132), the class certification hearing is continued to May 31, 2016 at 1:30 p.m. in Courtroom No. 5 and plaintiff shall file her reply brief no later than May 9, 2016.

1

       The deadline for expert disclosures is continued to July 1, 2016 and any rebuttal expert disclosures shall be produced no later than July 15, 2016.  All discovery will now be left open until July 29, 2016.  All other scheduling dates remain unchanged.

       IT IS SO ORDERED.

Dated: April 8, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE