UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DELIA WILSON, on behalf of herself and all others similarly situated,<br><br>  Plaintiffs,<br><br>     v.<br><br>CONAIR CORPORATION,<br><br>  Defendant. | CIV. NO. 1:14-00894 WBS SAB<br><br>ORDER RE: DEFENDANT'S REQUEST TO SEAL |

----oo0oo----

Defendant requests that the court seal Exhibit A filed in support of its motion for sanctions for spoliation of evidence against plaintiff.  (Docket No. 131.)  Exhibit A is a redacted copy of the retainer agreement between plaintiff and plaintiff's counsel.  Defendant argues, and plaintiff agrees, (Docket No. 136), that the exhibit should be sealed because it contains plaintiff's personal and confidential information and the

1

1 | agreement is protected by the attorney-client privilege.
2 |     This court has previously told the parties that just
3 | because they agree to have documents sealed does not constitute a
4 | compelling reason that outweighs the public interest in access to
5 | court records.  (See Feb. 5, 2016 Order (Docket No. 120).)  The
6 | court has an independent obligation to balance the competing
7 | interests of the public and the parties seeking to keep records
8 | secret.  See Kamakana v. City & County of Honolulu, 447 F.3d
9 | 1172, 1179 (9th Cir. 2006).
10 |     Defendant fails to specifically identify any
11 | information in the retainer, that has not already been redacted,
12 | that might be protected by the attorney-client privilege.
13 | Defendant has therefore failed to "articulate compelling reasons
14 | supported by specific factual findings that outweigh the general
15 | history of access and the public policies favoring disclosure,
16 | such as the public interest in understanding the judicial
17 | process."  Id. at 1178.  Accordingly, defendant's request to seal
18 | Exhibit A is DENIED.
19 | Dated:  April 12, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE