UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DELIA WILSON, on behalf of herself and all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>CONAIR CORPORATION,<br><br>       Defendant. | CIV. NO. 1:14-00894 WBS SAB<br><br>ORDER |

----oo0oo----

      Plaintiff requests that the court seal Exhibit M to its reply in support of class certification, which contains excerpts from the transcript of Pam Keegan's deposition. (Docket No. 139.) Defendant designated the entire deposition transcript as confidential and plaintiff contends that it is therefore required to submit the present request to seal pursuant to the parties' protective order. Plaintiff's counsel, however, represents that

1

she does not believe there is a compelling reason to seal the transcript and asks that the court deny plaintiff's request.

For all the reasons previously explained in this court's February and April Orders, plaintiff's request to seal Exhibit M is DENIED.  (See Feb. 5, 2016 Order (Docket No. 120); Apr. 7, 2016 Order (Docket No. 133); Apr. 13, 2016 Order (Docket No. 138).)  The parties are hereby admonished not to submit further requests that in good faith they do not want or expect the court to grant.

Dated: May 11, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE