BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)
JENNIFER L. MACPHERSON (202021)
701 B Street, Suite 1700
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com
jmacpherson@bholaw.com

ODENBREIT LAW, APC
KATHERINE J. ODENBREIT (184619)
16835 Algonquin Street, Suite 221
Huntington Beach, CA  92649
Tel: 888/490-3510
kodenbreit@kjolaw.com

Attorneys for Plaintiff

ROSEN ✧ SABA, LLP
Ryan D. Saba (192370)
Momo E. Takahashi (238965)
9350 Wilshire Boulevard, Suite 250
Beverly Hills, CA  90212
Tel: 310/285-1727
310/285-1728 (fax)
rsaba@rosensaba.com
mtakahashi@rosensaba.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA WILSON, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR CORPORATION,<br><br>Defendant. | Case No: 1:14-cv-00894-WBS-SAB<br><br><u>CLASS ACTION</u><br><br>**ORDER RE STIPULATION FOR SECOND DEPOSITION OF PLAINTIFF** |

Pursuant to Rule 30(a)(2)(A) of the Federal Rules of Civil Procedure, plaintiff Delia Wilson and defendant Conair Corporation enter into this stipulation regarding the following:

WHEREAS, on February 8, 2016, upon approval of the Court (ECF No. 119), plaintiff filed a First Amended Class Action Complaint (ECF No. 121).

WHEREAS, the amended complaint added allegations and claims for personal injury and class claims alleging that Conair does not comply with the CPSA. The personal injury claims added to the amended complaint include Strict Products Liability: Design/Manufacture Defect, Strict Products Liability: Failure to Warn, Negligence, and Negligent Infliction of Emotional Distress. The CPSA claims are a basis of plaintiff's Rule 23(b)(2) class certification motion.

WHEREAS, on May 20, 2016, the parties stipulated to plaintiff's voluntary dismissal of her claim for Negligent Infliction of Emotional Distress pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

WHEREAS, plaintiff was previously deposed by Conair on July 16, 2015. The deposition commenced at 10:07 a.m., and concluded at 3:52 p.m. Several breaks were taken during the course of this deposition.

WHEREAS, Conair seeks to depose plaintiff a second time regarding her individual claims for personal injury and all new allegations that were added to the amended complaint.

WHEREAS, the parties agree that the second deposition will be limited to plaintiff's claims for personal injury and all new allegations.

WHEREAS, the parties agree the deposition will not exceed four (4) hours of testimony time.

WHEREAS, the parties agree that the second deposition will take place on Monday, June 6, 2016, at 9:00 a.m., at the Hotel Indigo Santa Barbara, 121 State Street, Santa Barbara, CA 93101, which is subject to modification for good cause and/or upon agreement of the parties, without further order of the Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, that Conair's second deposition of plaintiff will be limited as follows:

1  (1) The scope of the deposition will be limited to plaintiff's individual claims for personal injury and the new class allegations that were added to the First Amended Class Action Complaint (ECF No. 121).

(2) The deposition will take place on June 6, 2016, at 9:00 a.m., at the Hotel Indigo Santa Barbara, 121 State Street, Santa Barbara, CA 93101, which is subject to modification for good cause and/or upon agreement of the parties, without further order of the Court and will be limited to four (4) hours of testimony time.

**IT SO STIPULATED.**

Dated: May 31, 2016

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)
JENNIFER L. MACPHERSON (202021))

By:     s/ Jennifer L. MacPherson
JENNFER L. MACPHERSON

701 B Street, Suite 1700
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com
jmacpherson@bholaw.com

ODENBREIT LAW, APC
KATHERINE J. ODENBREIT (184619)
16835 Algonquin Street, Suite 221
Huntington Beach, CA  92649
Tel: 888/490-3510
kodenbreit@kjolaw.com

*Attorneys for Plaintiff*

Dated: May 31, 2016

ROSEN ✧ SABA, LLP
RYAN D. SABA (192370)
MOMO E. TAKAHASHI (238965)

By:     s/ Ryan D. Saba
RYAN D. SABA

9350 Wilshire Boulevard, Suite 250

Beverly Hills, CA  90212
Tel: 310/285-1727
310/285-1728 (fax)
rsaba@rosensaba.com
mtakahashi@rosensaba.com

*Attorneys for Defendant*

## ORDER

IT IS HEREBY ORDERED that, having reviewed the Stipulation and Proposed Order Governing a Second Deposition of Plaintiff, the parties' Stipulation shall become the order of the Court.

IT IS SO ORDERED.

Dated:   **May 31, 2016**

UNITED STATES MAGISTRATE JUDGE