1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELIA WILSON, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR CORPORATION,<br><br>Defendant. | Case No: 1:14-cv-00894-WBS-SAB<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO EXTEND TIME TO DESIGNATE EXPERTS**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Judge:     Hon. William B. Shubb<br>Ctrm:      5, 14th Floor<br><br>Complaint Filed:   June 11, 2014<br>Trial Date:           January 10, 2017 |

1   The Court has considered the Application as well as the evidence, Memorandum of
2   Points and Authorities and Declaration of Katherine J. Odenbreit submitted in support thereof,
3   and is now informed that defendant has no opposition to the requested Order.  The *ex parte*
4   application of plaintiff Delia Wilson to extend the time for plaintiff to serve initial expert
5   disclosures and exchange expert reports by seven days is hereby **GRANTED**.

6   **ORDER**

7   **IT IS HEREBY ORDERED** that the scheduling order dated December 4, 2014 (ECF
8   No. 26) and the Court's Order dated April 8, 2016 (ECF No. 137) be modified as follows:

9   Plaintiff must disclose experts and produce expert reports in accordance with Federal
10  Rule of Civil Procedure 26(a)(2) by no later than **July 8, 2016**.

11  **IT IS SO ORDERED.**

12  Dated:  July 5, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 5, 2016.

*s/  Jennifer L. MacPherson*
JENNIFER L. MACPHERSON

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/338-1100
619/338-1101 (fax)
jmacpherson@bholaw.com