BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)
JENNIFER L. MACPHERSON (202021)
701 B Street, Suite 1700
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com
jmacpherson@bholaw.com

ODENBREIT LAW, APC
KATHERINE J. ODENBREIT (184619)
16835 Algonquin Street, Suite 221
Huntington Beach, CA  92649
Tel: 888/490-3510
kodenbreit@kjolaw.com

Attorneys for Plaintiff

ROSEN ✥ SABA, LLP
Ryan D. Saba (192370)
Momo E. Takahashi (238965)
9350 Wilshire Boulevard, Suite 250
Beverly Hills, CA  90212
Tel: 310/285-1727
310/285-1728 (fax)
rsaba@rosensaba.com
mtakahashi@rosensaba.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELIA WILSON, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR CORPORATION,<br><br>Defendant. | Case No: 1:14-cv-00894-WBS-SAB<br><br>CLASS ACTION<br><br>**JOINT MOTION FOR ORDER EXTENDING TIME TO FILE DISPOSITIONAL PAPERS PURSUANT TO LOCAL RULE 160(b); NOTICE OF SETTLEMENT**<br><br>District Judge: William B. Shubb<br>Sacramento Ctrm: 5, 14th Floor<br>Magistrate Judge: Stanley A. Boone<br>Fresno Ctrm,: 9, 6th Floor<br><br>Complaint Filed: June 11, 2014<br>Trial Date: January 10, 2017 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that plaintiff Delia Wilson and defendant Conair Corporation have reached a settlement of all claims and causes of action in the above-entitled matter. The parties are memorializing the settlement and anticipate that the settlement papers can be finalized and performance of the terms of the settlement can be completed within forty-five (45) days from the date of this notification.

Accordingly, the parties respectfully request that the Court extend the time for them to file dispositional papers by twenty-four (24) days, to and including August 26, 2016.

The parties also request that the Court stay all dates imposed by the Court's Pre-Trial Scheduling Order (ECF No. 26), including any subsequent modifications to this Order and pending deadlines in this action. In support, the parties state as follows:

WHEREAS, on the afternoon of July 7, 2016, the parties reached a settlement of all claims and causes of action in the above-entitled matter.

WHEREAS, the parties are in the process of memorializing the settlement and related papers.

WHEREAS, Local Rule 160(a) requires parties to immediately file a notice of settlement or resolution "[w]hen an action has been settled or otherwise resolved by agreement of the parties."

WHEREAS, Local Rule 160(b) requires parties to file dispositional papers not more than "twenty-one (21) days from the date of said notification, absent good cause." However, "[t]he Court may, on good cause shown, extend the time for filing the dispositional papers."

WHEREAS, the parties request that the Court extend the time for them to file dispositional papers by twenty-four (24) days, to and including August 26, 2016.

WHEREAS, the additional time is necessary because the parties anticipate that the process of memorializing the settlement, obtaining required signatures and processing payment to plaintiff will take longer than twenty-one (21) days, and thus, are seeking forty-five (45) days in an abundance of caution to ensure all necessary settlement documents and funds will have been completed and transmitted prior to dismissal being entered in this matter.

1   Case No. 1:14-cv-00894-WBS-SAB
JOINT MOTION TO EXTEND TIME PURSUANT TO L.R. 160(b); NOTICE OF SETTLEMENT
00105326

1   WHEREAS, in light of the settlement the parties also request that they be relieved of
2   any further obligations regarding discovery and compliance with the Court's Pre-Trial
3   Scheduling Order, including any subsequent modifications to this Order and any other pending
4   deadlines in this action.

Dated: July 12, 2016

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)
JENNIFER L. MACPHERSON (202021))


By:     s/ Jennifer L. MacPherson
         JENNFER L. MACPHERSON

701 B Street, Suite 1700
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com
jmacpherson@bholaw.com

ODENBREIT LAW, APC
KATHERINE J. ODENBREIT (184619)
16835 Algonquin Street, Suite 221
Huntington Beach, CA  92649
Tel: 888/490-3510
kodenbreit@kjolaw.com

*Attorneys for Plaintiff*

Dated: July 12, 2016

ROSEN ✧ SABA, LLP
RYAN D. SABA (192370)
MOMO E. TAKAHASHI (238965)

By:     s/ Ryan D. Saba
         RYAN D. SABA

9350 Wilshire Boulevard, Suite 250
Beverly Hills, CA  90212
Tel: 310/285-1727
310/285-1728 (fax)
rsaba@rosensaba.com
mtakahashi@rosensaba.com

*Attorneys for Defendant*

1 **ECF CERTIFICATION**

2  The filing attorney attests that she has obtained concurrence regarding the filing of this

3 document from the signatories to this document.

4 Dated: July 12, 2016   BLOOD HURST & O'REARDON, LLP

6  By: *s/ Jennifer L. MacPherson*
   JENNFER L. MACPHERSON

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 12, 2016.

*s/ Jennifer L. MacPherson*
JENNIFER L. MACPHERSON

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/338-1100
619/338-1101 (fax)
jmacpherson@bholaw.com