# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA WILSON, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR CORPORATION,<br><br>Defendant. | Case No: 1:14-cv-00894-WBS-SAB<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE DISPOSITIONAL PAPERS PURSUANT TO LOCAL RULE 160(b)**<br><br>Judge:   Hon. William B. Shubb<br>Ctrm:    5, 14th Floor<br><br>Complaint Filed:   June 11, 2014<br>Trial Date:            January 10, 2017 |

1  The Court being fully advised and good and sufficient cause appearing therefore, the
2  parties' Joint Motion to Extend Time Pursuant to Local Rule 160(b); Notice of Settlement is
3  hereby **GRANTED**.

4  **ORDER**

5  **IT IS HEREBY ORDERED** that the time by which the parties must file dispositional
6  papers pursuant to Local Rule 160(b) is extended by twenty-four (24) days, to and including
7  August 26, 2016.

8  The Court stays all currently pending deadlines in this action in light of the settlement
9  reached by the parties.

10  **IT IS SO ORDERED.**

11

12  Dated:_____, 2016    By:_____
                                              HON. WILLIAM B. SHUBB
13                                            UNITED STATES DISTRICT JUDGE

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 12, 2016.

*s/  Jennifer L. MacPherson*
JENNIFER L. MACPHERSON

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/338-1100
619/338-1101 (fax)
jmacpherson@bholaw.com