# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA WILSON, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR CORPORATION,<br><br>Defendant. | Case No: 1:14-cv-00894-WBS-SAB<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE DISPOSITIONAL PAPERS PURSUANT TO LOCAL RULE 160(b)**<br><br>Judge:   Hon. William B. Shubb<br>Ctrm:    5, 14th Floor<br><br>Complaint Filed:   June 11, 2014<br>Trial Date:              January 10, 2017 |

The Court being fully advised and good and sufficient cause appearing therefore, the parties' Joint Motion to Extend Time Pursuant to Local Rule 160(b) is hereby **GRANTED**.

**ORDER**

**IT IS HEREBY ORDERED** that the time by which the parties must file dispositional papers pursuant to Local Rule 160(b) is extended by an additional fourteen days (14), up to and including September 9, 2016.

The Court stays all currently pending deadlines in this action in light of the settlement reached by the parties.

**IT IS SO ORDERED.**

Dated:  August 25, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Case No. 1:14-cv-00894-WBS-SAB
[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 25, 2016.

*s/ Jennifer L. MacPherson*
JENNIFER L. MACPHERSON

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Telephone: 619/338-1100
619/338-1101 (fax)
jmacpherson@bholaw.com

1    Case No. 1:14-cv-00894-WBS-SAB
[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME

00107422