UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA WILSON, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR CORPORATION,<br><br>Defendant. | Case No: 1:14-cv-00894-WBS-SAB<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE DISPOSITIONAL PAPERS PURSUANT TO LOCAL RULE 160(b)** |

The Court being fully advised and good and sufficient cause appearing therefore, the parties' Joint Motion to Extend Time Pursuant to Local Rule 160(b) is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the time by which the parties must file dispositional papers pursuant to Local Rule 160(b) is extended by an additional fourteen days (14), up to and including September 23, 2016.

The Court stays all currently pending deadlines in this action in light of the settlement reached by the parties.

**IT IS SO ORDERED.**

Dated: September 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE