# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| DELIA WILSON, on Behalf of Herself and All Others Similarly Situated, | Case No: 1:14-cv-00894-WBS-SAB |
|---|---|
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION** |
| CONAIR CORPORATION, | |
| Defendant. | |

The Court being fully advised and good and sufficient cause appearing therefore, the parties' Joint Motion to dismiss the action as a result of a settlement reached between Defendant Conair Corporation and Plaintiff Delia Wilson is hereby **GRANTED**.

**ORDER**

**IT IS HEREBY ORDERED** that:

1. Conair Corporation is hereby dismissed with prejudice from this action;
2. Plaintiff dismisses her individual counts (Counts of Action 4 through 7) and class counts as a representative (Counts of Action 1 through 3) with prejudice.
3. The lawsuit is dismissed without prejudice for class counts (Counts of Action 1 through 3).
4. Each party is to bear its own costs and fees as incurred against one another.
5. The District Court shall retain jurisdiction over any dispute involved with the enforcement of the settlement agreement by and between the Parties and/or any issues related to the resolution of this litigation between the Parties.

**IT IS SO ORDERED.**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

1. I hereby certify that on September 23, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

2. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 23, 2016.

*s/ Ryan D. Saba*
RYAN D. SABA

ROSEN ✧ SABA, LLP
9350 Wilshire Boulevard, Suite 250
Beverly Hills, CA  90212
Tel: 310/285-1727
310/285-1728 (fax)
rsaba@rosensaba.com
mtakahashi@rosensaba.com